BAYCHAR, INC. and Baychar
Holdings LLC, Plaintiffs–
Appellants,

v.

SALOMON NORTH AMERICA,
INC., Defendant–Appellee.

No. 2007–1105.

United States Court of Appeals,
Federal Circuit.

March 1, 2007.

John Kepler, III, Gallop, Johnson &
Neuman, St. Louis, MO, for Plaintiffs–
Appellants.

Donald A. Degnan, Holland & Hart
LLP, Boulder, CO, for Defendant–Appellee.

Before NEWMAN, RADER, and
LINN, Circuit Judges.

ON MOTION

RADER, Circuit Judge.

ORDER

Salomon North America, Inc. moves to
dismiss Baychar, Inc et al.'s (Baychar) appeal of the United States District Court
for the District of Maine's judgment in
*Baychar, Inc. v. Salomon North America,
Inc.,* No. 04–CV–136, 2006 WL 3209934
(Nov. 6, 2006), as untimely. Baychar has
not responded.

The district court's docket sheet in reflects that judgment was entered on November 6, 2006. The docket sheet further
reflects that Baychar filed its notice of
appeal on December 11, 2006, 35 days
after entry of judgment. On December
11, Baychar filed a motion in the district
court requesting an extension of time to
file its notice of appeal. The trial court
denied that motion on January 2, 2007.
We note that Baychar filed a renewed
motion for an enlargement of time in the
district court on January 29, 2007.

A notice of appeal must be filed within
30 days after judgment is entered. *See*
Fed. R.App. P. 4(a)(1)(A). An appeal not
filed within that time must be dismissed.
*Griggs v. Provident Consumer Discount
Co.,* 459 U.S. 56, 61, 103 S.Ct. 400, 74
L.Ed.2d 225 (1982) ("It is well settled that
the requirement of a timely notice of appeal is 'mandatory and jurisdictional.'" (citation omitted)); *Sofarelli Associates, Inc.
v. United States,* 716 F.2d 1395 (Fed.Cir.
1983) (appeal must be dismissed for lack of
jurisdiction where notice of appeal is untimely). Thus, the appeal is dismissed.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.